CLAUDE T. ANSLEY, DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF ANSLEY WOOD COMPANY, *Plaintiff in Error*, v. THE ATLANTIC COAST LINE RAILROAD COMPANY, A CORPORATION, *Defendant in Error*.

PER CURIAM.—This cause coming on for final hearing upon transcripts of record, briefs of the respective parties and oral argument of the plaintiff in error, and having been duly considered by Division A, and no reversible error having been made to appear, it is therefore considered, ordered and adjudged by the court that the judgment of the Circuit Court, to review which the writ of error was sued out herin, be and the same is hereby affirmed at the cost of the plaintiff in error.